```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

UNITED STATES OF AMERICA       *

    vs.          *    CRIMINAL NO. MJG-16-0258

REPUBLIC NATIONAL       *
DISTRIBUTING COMPANY, LLC et al
                               *

\*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER RE: SEALING ISSUES

By the Order Partially Lifting Seal, ECF No. 43 in RDB-12-2472, the Court stated:

> 1. The seal herein is partially lifted so that Judge Garbis and counsel of record in United States v. Republic National Distributing Company, MJG-16-0258 may have access to the court file.
>
> 2. As may be ordered by Judge Garbis, contents of the instant file (or portions thereof) may be included in the record of United States v. Republic National Distributing Company, MJG-16-0258.

Therefore, counsel of record in the instant case have access to the complete file in RDB-12-2472. However, there appears to be an issue as to the placement on the public record of unredacted copies of certain documents on file in RDB-12-2472. See the Government Response to Petitioner's Motion to Unseal, ECF No. 42 in RDB-12-2472. It appears that the Government's position is based largely, if not totally, on the position that certain portions of these disputed documents, referring to a person or entity therein, not a defendant in the instant case, should remain under seal. It appears that the

defendants do not object to the redaction of the identity of the said person or entity but object to the extent of the redaction sought by the Government.

Under the circumstances:

1. By July 8,[1] Defendants shall file under seal a copy of each document in dispute redacted as defendants contend the document should be redacted.

2. The Government may provide a copy of the aforesaid redacted document to counsel for the said person or entity.

3. By July 22, the Government and/or the said person or entity may file, under seal, any objection to the defendants' proposed redacted documents.

4. The Court shall, thereafter, determine the redacted version of the disputed documents that may be placed on the public record in the instant case.

SO ORDERED, this Wednesday, June 29, 2016.

/s/
Marvin J. Garbis
United States District Judge

---

[1] All dates referred to herein are in the year 2016.