

**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND  21201**

**Chambers of**
**Hon. Marvin J. Garbis**
United States District Judge

July 15, 2016

ALL COUNSEL OF RECORD

    Re:   <u>United States v. Republic, MJG-16-0258</u>

Dear Counsel:

    I am seeking clarification regarding what – if anything – relevant to the instant case is at issue regarding sealing of documents in RDB-12-2472.

    The entire file in RDB-12-2472 has been provided to defense counsel for use in this case.  They may file any document from that case on the record of this case under seal and may request that the document (or a portion) be unsealed.  If there is a document in RDB-12-2472 that has been redacted so as to deny them access to relevant portions, they may seek – by motion in this case – appropriate adjustment of the redaction.

    Under the circumstances, it is neither necessary nor appropriate to file further motions in RDB-12-2472.  I, rather than Judge Bennett, will be making determinations as to what is relevant to this case and what should be done in regard to redactions and sealing.  If any party believes that a conference regarding this subject will be helpful, feel free to call chambers and one will be arranged.

    Although in letter form, this document constitutes an Order and shall be docketed as such by the Clerk.

                                                  Yours truly,

                                                _____/s/_____
                                                Marvin J. Garbis
                                         United States District Judge

CC: Clerk