**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Richard C. Kay*
*Assistant United States Attorney*
*Richard.Kay@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4850*
*MAIN: 410-209-4800*
*FAX: 410-962-9293*

July 20, 2016

Honorable Marvin J. Garbis
United States District Judge
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    United States v. Republic National Distributing Company, et al.
             Criminal No. MJG-16-0258

Dear Judge Garbis:

    Today, counsel for defendant Republic National Distributing Company (RNDC) filed a letter in which the defendant agreed to the government's suggested redactions to the seizure warrant affidavit. The government also requested a redaction to a letter that is part of the Rule 41 proceedings and requested that the various motions to seal remain under seal because they also mention the second company. Although counsel for RNDC did not mention the letter redaction or the motions to seal, the government persists in its request that <u>every</u> mention of the second company be redacted, and that the motions to seal remain sealed.

    In the order dated June 29, 2016, the Court allowed the second company to file a paper in support of its position by July 22nd. I provided the second company's counsel a copy of RNDC's counsel's letter this morning, and counsel for the second company has authorized me to advise the Court that the sealing issue appears be moot as to the seizure warrant affidavit and the related materials.

    Counsel for the second company stated, however, that they are concerned that there may be express references to the second company in the hearing transcripts that might soon be unsealed. On behalf of counsel for the second company, I am requesting that I be authorized to provide copies of those transcripts to counsel so that they might have the opportunity to review them before the transcripts might be unsealed.

Very truly yours,

Rod J. Rosenstein
United States Attorney

_____//s//_____
Richard C. Kay
Assistant United States Attorney

cc: Counsel of record by efiling

The government's request to provide copies of the transcripts of the Rule 41(g) proceedings to counsel for the second company is hereby granted.

_____                                      _____
Date                                                                  Marvin J. Garbis
                                                                             United States District Judge