

**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND
101 W. LOMBARD STREET
BALTIMORE, MARYLAND  21201

**Chambers of**
**Hon. Marvin J. Garbis**
United States District Judge

July 22, 2016

ALL COUNSEL OF RECORD

    Re:   United States v. Republic, MJG-16-0258

Dear Counsel:

    I have your respective responses [ECF Nos. 34, 35 and 36] to the letter order regarding redaction [ECF No. 33].  I agree with Republic that there is no need for a conference at this time.

    The following shall be followed regarding the redaction situation.

1. The entire file in the Rule 41(g) Proceeding (RDB-12-2472) remains under seal except as provided herein.

2. The entire file in the Rule 41(g) Proceeding is, however, available to counsel of record in the instant case for use in the instant case.

   a. If any defense counsel seeks access to portions of the documents in the said file that have been redacted by the Government, that counsel may request from Government counsel, or me if necessary, access to the redacted portions.

   b. Counsel in the instant case may file, in the instant case, any document in the said file. Any such document shall be filed on the public record, i.e., becomes unsealed. However, where the Government contends that a document portion should remain under seal, defense counsel shall:

COUNSEL OF RECORD
July 22, 2016
Page No. 2

        i.    File on the public record a redacted version consistent with the Government position and an unredacted version under seal, and

        ii.   As appropriate, file redacted and unredacted versions (under seal) of documents referring to redacted matters.

3. Except as may be agreed by counsel for all parties, no transcript or other sealed document from the Rule 41(g) Proceeding file shall be disclosed to counsel for the "second company" without leave of Court.[1]

Although in letter form, this document constitutes an Order and shall be docketed as such by the Clerk.

If there is any disagreement with this Order, the disagreeing party may arrange a telephone conference.

                             Yours truly,

                         _____/s/_____
                         Marvin J. Garbis
                United States District Judge

CC: Clerk

---

[1] This is to be certain that counsel for the "second company" is not inappropriately provided access to matters pertaining to Republic.