IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIM NO. 16-258-MJG** |
| | * | |
| **REPUBLIC NATIONAL** | * | |
| **DISTRIBUTING COMPANY,** *et al.*, | * | |
| | * | |
| **Defendants.** | * | |
| | * | |
| | ******* | |

MOTION TO STRIKE APPEARANCE

MADAM CLERK:

Please STRIKE my appearance as counsel for the United States of America in this case.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney


_____/s/_____
Richard C. Kay
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
410-209-4800