# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. MJG-16-0258 |
| | * | |
| REPUBLIC NATIONAL | * | |
| DISTRIBUTING COMPANY, LLC, | * | |
| EUGENE GERZSENYI, | * | |
| JASON LOCKERMAN, and | * | |
| LISA ROBBINS, | * | |
| Defendants. | * | |

...ooOoo...

## CONSENT MOTION TO DISMISS

The United States Attorney for the District of Maryland, by and through Assistant United States Attorneys Evan. T. Shea and Tamera L. Fine, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, with the consent of all Defendants, hereby seeks leave of the Court to dismiss the Indictment pending against all Defendants in the above captioned case.

Respectfully Submitted,

Rod J. Rosenstein
United States Attorney

/s/_____
Evan T. Shea
Assistant United States Attorney
Tamera L. Fine
Assistant United States Attorney

SO ORDERED this __31__ day of _October_, 2016.

_____/s/_____
Marvin J. Garbis
United States District Judge