

**Chambers of**
**Hon. Marvin J. Garbis**
United States District Judge

**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND  21201**

October 31, 2016

ALL COUNSEL OF RECORD

    Re:  <u>United States v. Republic, MJG-16-0258</u>

Dear Counsel:

    I have received the Government's motion to dismiss all charges [ECF 67] while in transit to a judicial conference out of state.  I am granting the motion without awaiting my return to Chambers. The defendants shall immediately be relieved of the burdens caused by the pendency of the charges including, but not limited to, the adverse financial effects of the existence of the forfeiture claim.

    I am, however, deferring drafting an Order relating to the conduct of counsel. Such an Order is best drafted with specific reference to pertinent matters of record. Accordingly, counsel shall await the said Order.

    Although in letter form, this document constitutes an Order and shall be docketed as such by the Clerk.

                                        Yours truly,

                                        _____/s/_____
                                        Marvin J. Garbis
                           United States District Judge

CC: Clerk